FILED
2024 Feb-16 PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

ENRIKA ROSS,
Plaintiff,

v.

DENIS R. MCDONOUGH,
Secretary Department of Veteran
Affairs, *et al.*,

Defendants.

CIVIL ACTION NO.
2:23-cv-00887-AMM

**MOTION TO SUBSTITUTE COUNSEL**

Defendants respectfully request that this Court substitute in Don B. Long III, Assistant U.S. Attorney, as a counsel of record for Defendants and substitute out Kristen S Osborne, Assistant U.S. Attorney.

Respectfully submitted,
PRIM F. ESCALONA
United States Attorney

***/s/Don B. Long III***
DON B. LONG III
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
205-244-2001

CERTIFICATE OF SERVICE

I certify that on February 16, 2024, I served a copy of the above on the Plaintiff by sending a copy by certified mail to:

Enrika Ross Washington
4969 Ridge Pass
Hoover, AL 35226

***/s/Don B. Long III***
DON B. LONG III
Assistant United States Attorney